■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER COONEY, Appellant. (Appeal No. 1.) [27 NYS3d 410]—Appeal from a judgment of the Monroe County Court (Melchor E. Castro, A.J.), rendered July 1, 2011. The judgment convicted defendant, upon a jury verdict, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Cooney* ([appeal No. 2] 137 AD3d 1665 [2016]). Present—Whalen, P.J., Centra, Lindley, Troutman and Scudder, JJ.